JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND AND BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND, <br><br> Plaintiffs, <br> v. <br><br> PEERY BROS. LUMBER CO., INC., a California corporation, <br><br> Defendants. | CASE NO. 2:20-cv-04565-RGK-PJWx <br><br> [PROPOSED] JUDGMENT   [21] |

It appearing from the records in the above-entitled action from Plaintiffs' Motion for Entry of Default Judgment by Court, including the declaration submitted in support thereof, and other evidence as required by F.R.C.P. 55(b) and Local Rule 55.1, that the Defendant has failed to plead or otherwise defend in said action and default having been entered.

Now, therefore, on request of counsel, the Default Judgment, comprised of the following, is hereby entered against Defendant Peery Bros. Lumber Co., Inc.

1

<u>Plaintiffs' Claim for Relief</u>

As to Plaintiffs' Claim for Relief, Defendant Peery Bros. Lumber Co., Inc. is hereby ordered to pay $173,105 in withdrawal liability and $6,470.45 in prejudgment interest pursuant to Section 4219(c)(6) of ERISA, <u>29 U.S.C. § 1399(c)(6)</u>.

<u>Attorneys' Fees and Costs</u>

Defendant is hereby ordered to pay $7,191.61 in attorneys' fees pursuant to Local Rule 55-3, and costs totaling $2,030.02.

Total judgment for Plaintiffs is $188,797.08.

IT IS SO ORDERED.

Dated: __December 3, 2020__                    _____
                                               The Honorable R. Gary Klausner

[PROPOSED] JUDGMENT